United States District Court
Northern District of California

Antwune Jenkins

Petition

V.

NCAA

Plaintiff Antwune Ladon Jenkins files this petition under Estate, Gift, trust Law on the behalf on his natural son Ty-coreous Antwune Jordan. Plaintiff is the heir under Laws of intestacy is entitled to receive an intestate decedent's property.

Plaintiff File this petition in pursuant of Federal Rule of civil practice 23(b)(2) & 23(b)(3) for the the Fourth amendment Antitrust settlement agreement for college Football players (NIL) a ruling made by Judge Claudia Wilken on June 6, 2025

I, Antwune Ladon Jenkins would like to certify my son Ty-coreous Antwune Jordan "AKA Ty-Jordan" as a class member that played for the University of Utah in 2020. Unfortunately Ty passed away in Deton, Texas by accidental gun shot wound to the abdomen on December 25, 2020. Ty's mother passed away on Aug. 10, 2020 leaving me the only surviving parent.

pg 1 of 3

During his tour at the University of Utah he broke record. Received multiple MVP Player of the year awards, and named the best Freshman in the history of UTAH. He had over 20 colleges trying to recruit him, and still receive a $100,000 a year in his name called the Ty Jordan Scholarship Fund. He also had his Furneral at the Dallas Cowboys Stadium on January 6, 2021 courtesy of owner Jerry Jones.

Plaintiff files this petition as the Natural Father on Ty-coreous Antwune Jordan, better known as "Ty-Jordan, a deceased Former University of UTAH Football Player, under coach Whittingham.

Plaintiff has been incarcenated for more than 20 years in the Texas Department of Criminal Justice. Since Tu's mother passed away on August 10, 2020, plaintiff asserts that he is the Sole Guardian the rights concerning his natural son Ty-coreous Antwune Jordan trust, estate, settlement, monerty, name, and that all legal con- concerns to be directed toward him.

Background:
The (NIL) Antitrust settlement for colleges sports begins on July 1, 2025 where schools can pay players directly sharing the revenue they gained using their Names, images, or likeness or (NIL), currently only (3rd) party can make those payments. Each school share. up to 20 million in Athlete revenue, in addition to the (3rd) party deals student athlete may make, in addition 2.7 billion in back pay will go to Athlete's that competed between 2016 and 2024 before the (NIL) deal were allowed.

Relief:
Plaintiff seek to certify his son ▓ Ty-coreous Antwune Jordan

pg 2 of 3

as a Class member and Receive the necessary documentation to begin receiving settlement payments on the behalf of his deceased son in the form of back pay for competing in college sports.

Prayer For Relief:

WHEREFORE, Plaintiff respectfully pray that this court enter Judgement Certifying Ty-coreous Antwune Jordan as a class member, and that plaintiff, Antwune Ladon Jenkins be the beneficiary of his natural son Antitrust settlement claim that is already established law.

Plaintiff seeks intestate inherentance of his son's Antitrust settlement agreement, name, and any additional relief this court deem just, proper, and equitable.

Verification:

I have read the forgoing petition and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those I believe to be true. I certify under penalty of perjury the forgoing is true and correct.

Executed at Huntsville, Texas on June 29, 2025

Antwune Jenkins

## Memorandum of Law

### UTAH Code Ann § 75-1-201(17)

(17) "Fiduciary" includes a personal representative, guardian, conservator, and trustee.

### UTAH Code Ann § 75-1-201.

"Agent" includes an attorney-in-Fact under durable or nondurable power of attorney, an ~~individual~~ individual authorized to make decisions concerning another under natural death act "Application" mean written request to the Registar for an order of informal probate or appointment under chapter(3), Part(3), Informal probate and appointment proceedings, (3)(a) "Beneficiary", as it relates to trust beneficiaries, include: (i) a person who has any present or future interest, vested or contingent; and (ii) the owner of an interest.

### In re Coll. Athlete NIL Litigation, 2025 U.S. Dist. Lexis 113799

### II (A) Settlement Classes:

The settlement agreement seek to bind members of ~~~~ several classes proposed certification For settlement purposes only. The settlement agreement would bind three different damages class and injunctive relief class (collectively, the Settlement Classes).

The three proposed damages under Rule 23(b)(3)(Damages Settlement Classes are) are:

Football and Men's Basketball class: All student athletes who have received or will receive Full (GIA) scholarships and compete on, competed on, or will compete on a Division I men's basketball team or (FBS) Football team at a college or university that is a member of one of the Power 5 conferences (including Notre Dame), and who have been or will be declared initially eligible For competition in Division I at any time From June 16, 2016 through

September 16, 2024.

Women's Basketball Class:

Additional Sports Class:

The proposed class for Injunctive Relief under Rule 23(b)(2) is:

Injunctive Relief Settlement Class: All student athletes who competed on, competed on, or will compete on a Division I athletic team at any time between June 15, 2020 through the end of the Injunctive Relief Settlement term.

The injunctive Relief settlement term is defined in the settlement agreement as ten Academic years from the date of Final approval of the Settlement agreement

pg. 2 of 2